UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 6:25-cr-00016 |
| | * 18 U.S.C. §§ 152(1), (2), and (3) |
| VERSUS | * JUDGE ROBERT R SUMMERHAYES |
| | * |
| JOHNNY JULES LAVERGNE | * MAGISTRATE JUDGE DAVID J AYO |

## BILL OF INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

**CONCEALMENT OF BANKRUPTCY ASSETS**
**18 U.S.C. § 152(1)**

On January, 28, 2021, in the Western District of Louisiana, the defendant, JOHNNY JULES LAVERGNE, did in this district and elsewhere knowingly and fraudulently conceal property belonging to a bankruptcy estate in a matter pending under Bankruptcy Case No. 21-50044, specifically a 2017 Cadillac CT5V, interest in TD Ameritrade account, equity interest in J&C Commercial Cleaning, LLC, bank account with La Capitol Federal Credit Union, bank account with Iberia Bank, income from mobile home park, from the trustee charged with control of the debtor's property and from the creditors and the Unites States Trustee. All in violation of Title 18, United States Code, Section 152(1). [18 U.S.C. § 152(1)].

Respectfully submitted by:

ALEXANDER C. VAN HOOK
Acting United States Attorney

By: */s/ Casey Richmond*
CASEY RICHMOND (AR 2018038)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618